FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 APR 17 PM 4 21
CAROL L. MICHEL, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PETTY OFFENSE**

## BILL OF INFORMATION FOR FAILURE TO REGISTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-0094 |
| v. | * | SECTION: DUTY MAG. |
| JUAN CARLOS CASTRO-IGNACIO | * | VIOLATION: 8 U.S.C. § 1306(a) |

\*   \*   \*

The United States Attorney charges that:

### COUNT 1

Beginning in or about 2001, and continuing until at least April 13, 2025, in the Eastern District of Louisiana and elsewhere, the defendant, **JUAN CARLOS CASTRO-IGNACIO**, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration, in violation of Title 8, United States Code, Section 1306(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_____
PAUL HUBBELL
Assistant United States Attorney

New Orleans, Louisiana
April 17, 2025

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

No. _____

UNITED STATES OF AMERICA

vs.

JUAN CARLOS CASTRO-IGNACIO

**BILL OF INFORMATION FOR FAILURE TO REGISTER**

Violation(s):   8 U.S.C. § 1306(a)

Filed _____, 20 25

_____, Clerk.

By _____, Deputy

_____
Assistant United States Attorney
PAUL J. HUBBELL